**SO ORDERED.**

**SIGNED this 22 day of July, 2010.**



_____
**JAMES P. SMITH
UNITED STATES BANKRUPTCY JUDGE**
_____

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>Remario Dwayne Vinson<br>104 Etten Court<br>Monroe, GA  30655 | CHAPTER 13<br><br>CASE NO. 10-30617-<br><br>ATTORNEY:  DARRELL L. BURROW |

### ORDER OF DISMISSAL

It appearing to the Court that the trustee has moved to dismiss the above-captioned case, and sent notice of said motion and hearing date to the debtor and debtor's attorney; and a hearing was held on this motion wherein just cause was found to grant the trustee's motion; and it is hereby

**ORDERED** that this case be and the same is dismissed; and it is further

**ORDERED** that the Clerk of this Court take such action as is appropriate to close this case.

END OF DOCUMENT

Prepared by:
Camille Hope, Trustee
P.O. Box 954
Macon GA 31202
Telephone (478) 742-8706